IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN ORTIZ ALGARIN, ET ALS
    Plaintiffs

v.

CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORP.
    Defendant

# ORDER

Once again we have before us another impasse between the parties regarding the discovery process. This time regarding the date on which to perform the inspection of the physical evidence under the custody of the court. (Docket entries #89 & 90).

Upon consideration of the parties' motions, it is hereby **ORDERED** that the inspection will be conducted on **SEPTEMBER 30, 1999,** in the presence of a representative of the plaintiffs. Hence, defendant's motion is **DENIED** in that aspect. Nonetheless, in view of the above, the discovery cut-off date is extended up and until **November 16, 1999.** No further extensions of time will be granted.

**SO ORDERED.**

San Juan, Puerto Rico, this 17th day of September, 1999.

GILBERTO GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev.8/82)