UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN ORTIZ ALGARIN, ET ALS.
    Plaintiffs

vs.                                                    CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORP.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 8, 1999<br>**Docket:** #86<br>[X] **Plffs**   [ ] **Defts**<br>**Title:** Motion for Reconsideration and Oral Argument | DENIED. |

Date:  September 27, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd: SEP 28 1999
By: _____   #94