UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -4 PM 12: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

BENJAMIN ORTIZ ALGARIN
    Plaintiffs

vs.

CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORP.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 4, 1999<br>Docket: #99<br>[] Plffs  [] Defts  [X] Joint<br>Title: Stipulations Regarding Inspection and Sampling of Physical Evidence in Custody of the Court | APPROVED. |

Date: October 4, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By | #99 |

2