UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 10 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BENJAMIN ORTIZ ALGARIN
    Plaintiffs

vs.

CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORP.
    Defendant

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: November 2, 1999<br>Docket: #101<br>[ ] Plffs     [x] Defts<br>Title: Request for Notification of Orders and Judgments by Fax | GRANTED AS REQUESTED. |

Date: November 2, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # /02 |