UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 10 AM 7:59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BENJAMIN ORTIZ ALGARIN
   Plaintiffs

vs.                                                        CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORP.
   Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: November 2, 1999<br>Docket: #100<br>[] Plffs  [] Defts  [X] Joint<br>Title: Second Joint Motion To Amend the Initial Scheduling and Case Management Order | **GRANTED AS REQUESTED.** Discovery Deadline is December 20, 1999. Dispositive motions to be filed by December 27, 1999. Pre-Trial and Settlement Conference to be held on **January 25, 2000 at 2:30 p.m.** |

Date: November 8, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:          EOD:

By:             #103