UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN ORTIZ ALGARIN
    Plaintiffs

vs.
                                                      CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORP.
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: December 21, 1999<br>Docket: #105<br>[] Plffs [] Defts []Joint<br>Title: Third Joint Motion to Amend the Initial Scheduling and Case Management Order | **GRANTED.** New deadlines as follows: (1) Discovery Cut-off - **January 27, 2000**; (2) Dispositive Motions - **March 28, 2000**; (3) Pre-Trial and Settlement Conference - **April 27, 2000 at 3:00 p.m.**; (4) Jury Selection - **June 19, 2000 at 2:00 p.m.**; (5) Jury Trial - begins **June 20, 2000 at 9:30 a.m.** (two weeks). |

Date: December 21, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:      EOD:

By:      #


