IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 24 AM 8 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| BENJAMIN ORTIZ ALGARIN, ET ALS | |
| Plaintiffs | |
| v. | CIVIL NO. 98-2181 (GG) |
| FEDERAL EXPRESS CORP. | |
| Defendant | |

## O R D E R

Upon careful consideration of plaintiffs' motion requesting leave to obtain FBI testimony in videotape for the purpose of presenting the same to the jury, the same is **GRANTED AS REQUESTED**.

**SO ORDERED.**

San Juan, Puerto Rico, this 22nd day of February, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge



AO 72A
(Rev.8/82)