UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 17 AM 3:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

BENJAMIN ORTIZ ALGARIN, ET ALS.
    Plaintiffs

vs.    CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORPORATION
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 7, 2000<br>**Docket:** #114<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion for Extension of Time | **GRANTED.** The Settlement and Pre-Trial Conference set for April 27, 2000, is **RESET** for **May 30, 2000 at 3:00 p.m.** |

**Date:** April 12, 2000

**GILBERTO GIERBOLINI**
**U.S. Senior District Judge**

Rec'd:        EOD:

By:           # 117