UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 26 AM 8 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

BENJAMIN ORTIZ ALGARIN, ET ALS.
    Plaintiffs

vs.

CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORPORATION
    Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 20, 2000<br>**Docket:** #118<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion Concerning Rescheduling Pre-Trial | **GRANTED.** The Settlement and Pre-Trial Conference set for May 30, 2000 at 3:00 p.m. is **RESET** for **June 14, 2000 at 2:30 p.m.** |

**Date:** April 24, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 119 |