UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN ORTIZ ALGARIN, ET ALS.
    Plaintiffs

vs.

CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORPORATION
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 5, 2000<br>**Docket:** #120<br>[x] **Plffs** [] **Defts** [] **Joint**<br>**Title:** Motion for extension of time | **GRANTED** until **June 1, 2000.** |

**Date:** May 8, 2000

**GILBERTO GIERBOLINI**
U.S. Senior District Judge

Rec'd:    EOD:

By:    #123

