IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUN -5 PM 3 57
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

BENJAMIN ORTIZ ALGARIN, ET ALS    *
                                  *
        Plaintiffs                *
                                  *    CIVIL NO. 98-2181 (GG)
           v.                     *
                                  *
FEDERAL EXPRESS CORP.             *
                                  *
        Defendant                 *
* * * * * * * * * * * * * * * * * **

**O R D E R**

Both parties are granted a simultaneous term until June 26, 2000, to supplement the Motion for Summary Judgment and Opposition to said motion in light of the First Circuit's recent decision in Migdalia Negrón v. Caleb Brett, ___ F.3d ___ (1st Cir. 2000), 2000 WL 655889 (May 24, 2000), regarding the issue of whether *vel non* the cause of action for wrongful discharge is barred by Puerto Rico Law No. 80 of May 30, 1976, as amended, 29 L.P.R.A. §185a.

**SO ORDERED.**

San Juan, Puerto Rico, this 2nd day of June, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge

(2)

(131) no