IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN ORTIZ ALGARIN, et al.,   *

    Plaintiffs,   *

v.   *

FEDERAL EXPRESS CORPORATION,   *

    Defendants.   *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. 98-2181 (GG)

TRIAL BY JURY

RECEIVED & FILED
JUN 27 2000
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

ORDER

Having considered the Joint Motion Tendering Documents Under Seal and the documents tendered therewith, the motion is granted.

The documents tendered under seal shall be permanently kept under seal, unless and until this Court otherwise provides. The Clerk of this Court is ordered to make all necessary provisions.

The case is set for final disposition on June 30, 2000. All subsequent hearings are set aside.

It is so ordered.

In San Juan, Puerto Rico, this 26th day of June, 2000.

Senior Judge Gilberto Gierbolini
U. S. District Court



