IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BENJAMIN ORTIZ ALGARIN, ET ALS<br>  Plaintiffs<br><br>    v.<br><br>FEDERAL EXPRESS CORP., ET ALS<br>  Defendants | CIVIL NO. 98-2181(GG) |

## MINUTES OF PROCEEDINGS

A telephone conference was held on June 30, 2000, wherein the parties requested to be relieved of the Settlement Conference set for said date. Plaintiffs were represented by Harold Vicente, Esq. Defendant was represented by James D. Noel and Katherine González-Valentín, Esqs.

The parties informed the court that they finally reached a settlement and that defendant would be signing today the release and corresponding documents as well as handing over to plaintiffs' attorneys the checks. Plaintiffs requested until **July 6, 2000**, to file a motion for voluntary dismissal with prejudice. Defendant did not oppose. Said request was granted. All scheduled proceedings in the case are **VACATED AND SET ASIDE**.

San Juan, Puerto Rico, this 5th day of July, 2000.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA E. ALICEA
    Courtroom Deputy Clerk


AO 72A
(Rev 8/82)