UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BENJAMIN ORTIZ ALGARIN, ET ALS.
    Plaintiffs

vs.                                                                 CIVIL NO. 98-2181 (GG)

FEDERAL EXPRESS CORPORATION
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 11, 2000<br>**Docket:** #141<br>[] Plffs  [x] Defts  [] Joint<br>**Title:** Motion for Leave to Retrieve Evidence Deposited at the Court | GRANTED AS REQUESTED. |

*[Clerk's Office stamp: 2000 AUG 23 PM 7:? RECEIVED AND FILED, CLERK'S OFFICE ANNEX, U.S. DISTRICT COURT, OLD SAN JUAN, PR]*

Date: August 18, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:            EOD:

By: _____    #142